U.S. BANKRUPTCY COURT
FILED

2023 JUL 11 A 11: 21

JEANNE A. NAUGHTON

20-1004

USM-285 is a 5-part form. Fill out the form and print 5 copies. Sign as needed and route as specified below.

**U.S. Department of Justice**
United States Marshals Service

**PROCESS RECEIPT AND RETURN**
See "Instructions for Service of Process by U.S. Marshal"


③

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| Allstate New Jersey Property and Casualty Insurance | 20-01004(Adv Pro) |
| DEFENDANT | TYPE OF PROCESS |
| William Focazio, MD, PA and Endo Surgical Center of North Jersey, P.C. | Civil Process(Business Monies Due Lev |

**SERVE AT**
NAME OF INDIVIDUAL, COMPANY, CORPORATION. ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Premier Surgery Center of Clifton, LLC***
ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
Ira Ginsberg, Esq. 300 Parsippany Road, Suite 16D, Parsipanny, NJ 07054

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

Donald F. Campbell, Jr., Esq.
c/o Giordano, Halleran & Ciesla, P.C.
125 Half Mile Road, Suite 300,
Red Bank, New Jersey 07701

| Number of process to be served with this Form 285 | |
| Number of parties to be served in this case | |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):

***Pursuant to the terms of the Settlement Agreement between Allstate Insurance Company, et al. ("Allstate") and the Focazio Parties, the Focazio parties are in default of the Agreement. Kindly levy on all payments by Premier Surgery Center of Clifton, LLC, Brian Oliff, Jonathan Arad, and David Del Vecchio to William J. Focazio, M.D. for purchase of NJ Department of Health ambulatory care facility license.

Signature of Attorney other Originator requesting service on behalf of:  ☒ PLAINTIFF  ☐ DEFENDANT
TELEPHONE NUMBER: (732) 741-3900
DATE: 6/16/23

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY-- DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. (Sign only for USM 285 if more than one USM 285 is submitted) | Total Process: 1 | District of Origin No. 50 | District to Serve No. 50 | Signature of Authorized USMS Deputy or Clerk: E. Baskerville | Date: 6/20/23 |

I hereby certify and return that I ☒ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (See remarks below)

Name and title of individual served (if not shown above)

☐ A person of suitable age and discretion then residing in defendant's usual place of abode

Address (complete only different than shown above)

Date: 6/20/23   Time: 15:30   ☐ am  ☒ pm
Signature of U.S. Marshal or Deputy

| Service Fee | Total Mileage Charges including endeavors | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund*) |
|---|---|---|---|---|---|
| 65.00 | 27.90 | | | | $0.00 |

REMARKS: ON 6/20/23 ONE DUSM ONE PIECE OF PROCESS SERVED AT 300 PARSIPPANY RD PARSIPPANY NJ 16D - PROCESS EXCEPTED BY IRA GINSBERG - TOTAL MILEAGE 42.6 × .655 = 27.90

PRINT 5 COPIES:
1. CLERK OF THE COURT
2. USMS RECORD
3. NOTICE OF SERVICE
4. BILLING STATEMENT*: To be returned to the U.S. Marshal with payment, if any amount is owed. Please remit promptly payable to U.S. Marshal.
5. ACKNOWLEDGMENT OF RECEIPT

PRIOR EDITIONS MAY BE USED

Form USM-285
Rev. 12/15/80
Automated 01/00